# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN JONES, JR., | No. CV 08-2147-PSG (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 25, 2011

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE